UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

JAMIE RAULSTON,

        Defendant.

_____/

**INDICTMENT**

The Grand Jury charges:

**Delay of Mail**

From approximately December 2023 through April 2024, in Kent County, in the Southern Division of the Western District of Michigan, the defendant,

JAMIE RAULSTON,

being a Postal Service employee, unlawfully secreted, detained, delayed, and opened packages and mail entrusted to her and which came into her possession, and which were intended to be conveyed by mail, and carried and delivered by any carrier or other employee of the Postal Service.

18 U.S.C. § 1703(a)

A TRUE BILL

[ /s/ Redacted ]
_____
GRAND JURY FOREPERSON

MARK A. TOTTEN
United States Attorney

_____
PATRICK J. CASTLE
Assistant United States Attorney